# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COLIN DRUMMOND,<br><br>      Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; OMNICOM BENEFITS INC. LONG TERM DISABILITY PLAN, and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: CV 19-4835-DMG (MAAx)<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE [26]** |

    Having considered the parties' stipulation, and good cause appearing,

    IT IS HEREBY ORDERED that the above-captioned action is dismissed as to all parties, in its entirety, with prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: February 25, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

- 1 -